IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

FRANK NIXON                                                                                    PLAINTIFF

VS.                                                     CIVIL ACTION NO. 4:06cv58TSL-LRA

KEVIN BRADFORD                                                                         DEFENDANT

### ORDER

On November 27, 2007, this court entered an order stating that this case would be dismissed for failure to prosecute unless counsel notified the court, no later than January 28, 2008, as to whether service of process has been made upon defendant.  Alternatively, counsel for plaintiff was advised to submit a proposed order of voluntary dismissal by January 28, 2008.  No such response has been received, and it is hereby

ORDERED that this case be dismissed without prejudice.

SO ORDERED this 21st  day of   February, 2008.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE